**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TIM MARQUIS**                                                                                          **PLAINTIFF**

V.                              **CASE NO.: 4:10CV01205 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed on this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE